IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 4:10-CR-028 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | |
| SCOTT E. MITCHELL, | ) | TAX EVASION |
| | ) | |
| Defendant. | ) | 26 U.S.C. § 7201 |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about the 15th day of April, 2005, in the Southern District of Iowa, and elsewhere, SCOTT E. MITCHELL, a resident of Afton, Iowa, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2004, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that return, he stated that his taxable income for calendar year 2004, was the sum of $0, and that the amount of tax due and owing thereon was the sum of $0. In fact, as he then and there knew, his taxable income for the calendar year was substantially in excess of the amount stated on the return, and, upon the additional taxable income, a substantial additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

Nicholas A. Klinefeldt<br>
United States Attorney

By: _____
Craig Peyton Gaumer
Assistant United States Attorney