# United States District Court

__SOUTHERN__ DISTRICT OF __IOWA__

UNITED STATES OF AMERICA

V.

SCOTT E. MITCHELL

**WAIVER OF INDICTMENT**

CASE NUMBER: 4:10-CR-028

I, __Scott E. Mitchell__, the above-named defendant, who is accused of

willful evasion of federal income tax,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __MARCH 22, 2010__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_Defendant_ SCOTT E. MITCHELL

_Counsel for Defendant_ WILLIAM SMITH

Before _____ , U.S. Magistrate Judge _____

_Judicial Officer_

3/22/10